# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Andrew McGuffee | Case No. 14-cv-758 |
| Plaintiff, | JUDGE: Honorable Virginia M. Kendall |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Financial Asset Management Systems, Inc. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By: /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL 60608

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Melanie M. Norvall, Esq.
Chief Compliance Officer
Financial Asset Management Systems, Inc.
1967 Lakeside Parkway, Suite 402
Tucker, GA  30084


/s/ Jeffrey Hyslip